**No. 57171.**—E. M. Grajew Wool Company, Inc. v. United States, protest 190848–K (New York).

Opinion by JOHNSON, J.   From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification.   The protest was therefore overruled.

**No. 57172.**—Alcoa Mining Co. v. United States, protest 191250–K (New York).

Opinion by JOHNSON, J.   From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification.   The protest was therefore overruled.

BEFORE THE FIRST DIVISION, MARCH 19, 1953

**No. 57173.**—Brenner Bros. v. United States, protests 590746–G, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57174.**—Berg Fur Co. v. United States, protests 841228–G, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

FORD, J., concurred.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

**No. 57175.**—Silberstein-Neulander Corp. et al. v. United States, protests 847836–G, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung*